1  SPECTER & WILLOUGHBY, LLP
   Ronald C. Specter, Esq., SBN 118417
2  Michael I. Willoughby, Esq. SBN 100483
3  Mark Anthony Rodriguez, Esq., SBN 132261
   4675 MacArthur Court, Suite 1150
4  Newport Beach, CA 92660
   Telephone: (949) 833-9400
5  Facsimile: (949) 833-9425

6

7  Attorneys for Defendant,
   ConocoPhillips Company
8

9                    UNITED STATES DISTRICT COURT

10

11                  NORTHERN DISTRICT OF CALIFORNIA

12  ADVOCATES ASSISTING DISABLED      )   CASE NO.: C-05-02413 PJH
    AMERICANS,                        )
13                                    )   Hon. Phyllis J. Hamilton
                       Plaintiff,     )   Courtroom 3, 17th Floor
14  vs.                               )
                                      )   **STIPULATION AND ORDER DISMISSING**
15  CONOCOPHILLIPS COMPANY, and       )   **PLAINTIFF'S COMPLAINT, WITHOUT**
16  DOES 1 to 10,                     )   **PREJUDICE**
                                      )
17                     Defendants.    )
                                      )
18  _____ )

19

20

21

22     Plaintiff ADVOCATES ASSISTING DISABLED AMERICANS, ("Plaintiff") and Defendant

23  CONOCOPHILLIPS COMPANY ("Defendant"), by and through their attorneys of record herein,

24  hereby stipulate as follows:

25

26     1.    The Parties have agreed to the dismissal of the above-captioned Complaint in its entirety,

27  WITHOUT PREJUDICE, each party to bear their own attorneys' fees and costs.

28

                                          1

    STIPULATION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT, WITHOUT PREJUDICE

1    2.    Accordingly, the Parties jointly request the Court to dismiss the Complaint without

2    prejudice.

3

4    DATED:    August __16__, 2005              SPECTER & WILLOUGHBY, LLP

5

6                                    By: _____

7                                        Ronald C. Specter, Esq.
                                        Mark Anthony Rodriguez, Esq.
8                                        Michael H. Artinian, Esq.
                                        Attorneys for Defendant,
9                                        CONOCOPHILLIPS COMPANY

10

11   DATED:    August __16__, 2005              LAW OFFICES OF NICK V. AVTONOMOFF

12

13                                   By: _____

14                                       Nick V. Avtonomoff, Esq.
                                        Attorneys for Plaintiff,
15                                       ADVOCATES ASSISTING DISABLED
                                        AMERICANS
16

17                          **ORDER OF DISMISSAL**

18

19        Having considered the parties' foregoing Stipulation of Dismissal, and for good cause appearing,

20   it is hereby ORDERED:

21        1.    The Complaint filed by Plaintiff in the above-captioned action is dismissed WITHOUT

22

23   PREJUDICE, with each party to bear their own attorney's fees and costs.

24

25        IT IS SO ORDERED.

26
         8/17/05
27   Dated: _____        _____

28                                       UNITED STATES DISTRICT JUDGE

                                            2

STIPULATION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT, WITHOUT PREJUDICE